STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant GUNNELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 15-125 ~~VGC~~ VC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE |
| v. | |
| ANTONIO JOSEPH GUNNELLS, | |
| Defendant. | |

    The parties are jointly requesting that the status conference presently set for Tuesday, May 19, 2015 at 1:00 p.m. be continued to Tuesday, June 9, 2015 at 1:00 p.m.

    Defendant Antonio Joseph Gunnells is charged with two counts of Distribution and Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of LSD in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C). Mr. Gunnells is out of custody and resides in Arizona with his mother. The parties set the matter for Mr. Gunnells' initial appearance before this Court on May 19, however, Mr. Gunnells' mother, who he cares for, is undergoing surgery on May 19th. Accordingly, Mr. Gunnells has requested that the matter be continued so that he may tend to his mother during her surgery. The government has no objection to this request. Accordingly, the parties jointly stipulate and

1  agree that the matter be continued from May 19 to June 9.

2  Additionally, government counsel has provided defense counsel with discovery in this case.
3  Defense counsel continues to investigate the case and review that discovery.

4  For the above reasons, the parties stipulate there is good cause – taking into account the public
5  interest in the prompt disposition of this case – to exclude the time from May 19, 2015 to June 9, 2015
6  from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably
7  deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel
8  taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties
9  further agree that the ends of justice would be served by excluding the time from May 19, 2015 to June
10 9, 2015 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the
11 best interests of the public and the defendant in a speedy trial.

12       IT IS SO STIPULATED.

14   May 5, 2015             /s/
     DATED                   CLAUDIA QUIROZ
15                           Assistant United States Attorney

17   May 5, 2015             /s/
     DATED                   JODI LINKER
                             Assistant Federal Public Defender

19       IT IS SO ORDERED.

20   May 6, 2015
     DATED



IT IS SO ORDERED
Judge Vince Chhabria

*US v. Gunnells,* Case No. CR 15-125 VGC;
STIP & [PROPOSED] ORDER            2